

ORIGINAL

NORTHERN DISTRICT OF TEXAS

**FILED**

OCT 11 2005

CLERK, U.S. DISTRICT COURT

By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARY L. SPAHN and<br>JAMES H. LOVE,<br><br>Plaintiffs<br><br>vs.<br><br>AMERICAN TELEPHONE AND<br>TELEGRAPH COMPANY, et al.,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br><br>3:CV-04-2745-P |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Gary L. Spahn and James H. Love file their Agreed Motion to Dismiss with Prejudice and in support respectfully show the court as follows:

1.      Plaintiffs and Defendants American Telephone and Telegraph Company and AT&T Corporation have resolved all matters at issue between and among them.

2.      Plaintiffs request that the court dismiss this lawsuit and all claims that are asserted or could be asserted by the parties with prejudice to the right to file, refile or reinstate the same or any part in this or any other court, tribunal or forum.

3.      The parties have agreed to the form and substance of the Agreed Order of Dismissal submitted with this Motion, as evidenced by their signatures on this Motion and the Order.

Plaintiffs therefore request the court to enter an order granting this Agreed Motion to Dismiss with Prejudice, dismissing all claims with prejudice, ordering costs to be paid by the party incurring same, and awarding such other relief that the court deems appropriate.

**Agreed Motion to Dismiss with Prejudice–Page 1**

Respectfully submitted,

LAW OFFICE OF KAREN G. SHROPSHIRE

_Kaen G. Shropshire_

KAREN G. SHROPSHIRE
Texas Bar No. 08417150

Preston Commons West
8117 Preston Road, Suite 300
Dallas, TX 75225
214.706.9250
214.706.9251 (fax)

**ATTORNEY FOR PLAINTIFFS**

FULBRIGHT & JAWORSKI L.L.P.

BY: _Please see attached._

Richard M. Kobdish
State Bar No. 11640000
Danielle Alexis Clarkson
State Bar No. 24027915
Sarah E. Lemons
State Bar No. 24041327

2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
214.855.8000
214.855.8200 (fax)

**ATTORNEYS FOR DEFENDANTS**

**Agreed Motion to Dismiss with Prejudice–Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARY L. SPAHN and<br>JAMES H. LOVE,<br><br>Plaintiffs<br><br>vs.<br><br>AMERICAN TELEPHONE AND<br>TELEGRAPH COMPANY, et al.,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br><br>3:CV-04-2745-P |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Gary L. Spahn and James H. Love file their Agreed Motion to Dismiss with Prejudice and in support respectfully show the court as follows:

1.    Plaintiffs and Defendants American Telephone and Telegraph Company and AT&T Corporation have resolved all matters at issue between and among them.

2.    Plaintiffs request that the court dismiss this lawsuit and all claims that are asserted or could be asserted by the parties with prejudice to the right to file, refile or reinstate the same or any part in this or any other court, tribunal or forum.

3.    The parties have agreed to the form and substance of the Agreed Order of Dismissal submitted with this Motion, as evidenced by their signatures on this Motion and the Order.

Plaintiffs therefore request the court to enter an order granting this Agreed Motion to Dismiss with Prejudice, dismissing all claims with prejudice, ordering costs to be paid by the party incurring same, and awarding such other relief that the court deems appropriate.



Respectfully submitted,

LAW OFFICE OF KAREN G. SHROPSHIRE

KAREN G. SHROPSHIRE
Texas Bar No. 08417150

Preston Commons West
8117 Preston Road, Suite 300
Dallas, TX 75225
214.706.9250
214.706.9251 (fax)

ATTORNEY FOR PLAINTIFFS

FULBRIGHT & JAWORSKI L.L.P.

BY: _____

Richard M. Kobdish
State Bar No. 11640000
Danielle Alexis Clarkson
State Bar No. 24027915
Sarah E. Lemons
State Bar No. 24041327

2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
214.855.8000
214.855.8200 (fax)

ATTORNEYS FOR DEFENDANTS

**Agreed Motion to Dismiss with Prejudice–Page 2**